Alex BELLEHUMEUR and
Linda Dyer–Bellehumeur,
Plaintiffs–Appellees,

and

John R. Nehmens II and Guy W.
Haarlammert, Plaintiffs,

v.

Jerome BONNETT (doing business as
J.B. Marketing), Defendant–
Appellant.

No. 2006–1351.

United States Court of Appeals,
Federal Circuit.

March 12, 2007.

Before PROST, Circuit Judge, PLAGER, Senior Circuit Judge, and MOORE, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

Brendan A. DANIEL, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2007–3118.

United States Court of Appeals,
Federal Circuit.

March 12, 2007.

Brendan A. Daniel, pro se.

## ORDER

Order Vacated, See 2007 WL 1582227.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.